CAMPBELL & WILLIAMS
ATTORNEYS AT LAW
710 SOUTH SEVENTH STREET, SUITE A, LAS VEGAS, NEVADA 89101
Phone: 702.382.5222 • Fax: 702.382.0540
www.campbellandwilliams.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SG GAMING, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN PABLO IRARRAZAVAL, an individual<br><br>Defendant, | CASE NO.:  2:22-cv-00890-ART-VCF<br><br>**ORDER APPROVING STIPULATION  EXTENDING TIME FOR PLAINTIFF SG GAMING, INC. TO FILE OPPOSITION TO MOTION TO DISMISS (ECF NO. 3)**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Plaintiff SG Gaming, Inc. ("SG Gaming") and Defendant Juan Pablo Irarrazaval ("Mr. Irarrazaval") hereby STIPULATE to extend the time for SG Gaming to file its opposition to the Motion to Dismiss filed by Mr. Irarrazaval (ECF No. 3).  If approved, the parties have agreed to an approximate 14-day extension of time for SG Gaming to file its opposition, which would now be due on July 7, 2022.  This is the first stipulation seeking to extend the subject deadline.

SG Gaming submits good cause exists to approve the requested stipulation as its counsel is currently briefing 13 dispositive motions that were filed in a matter involving the non-fatal drowning of a young boy while simultaneously preparing an appellate brief in the Nevada Supreme Court that is due in late June.  SG Gaming further submits the requested brief extension of time is not interposed for purposes of delay.

1

Respectfully submitted,

DATED this 20th day of June, 2022.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By /s/ *Carol P. Michel*
   CAROL P. MICHEL, ESQ. (#11420)
   MATTHEW I. KRAMER, ESQ. (#15261)
   JONATHAN J. WINN, ESQ. (#12896)
   6385 S. Rainbow Boulevard, Suite 400
   Las Vegas, Nevada 89118

*Attorneys for Defendant Juan Pablo Irarrazaval*

CAMPBELL & WILLIAMS

By /s/ *Philip R. Erwin*
   PHILIP R. ERWIN, ESQ (#11563)
   SAMUEL R. MIRKOVICH, ESQ. (#11662)
   710 South Seventh Street, Suite A
   Las Vegas, Nevada 89101

*Attorneys for Plaintiff SG Gaming, Inc.*

IT IS SO ORDERED:

BY: _____
   Anne R. Traum
   UNITED STATES DISTRICT JUDGE

DATED: _____ June 23, 2022 _____

2