**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SG GAMING, INC., a Nevada corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>JUAN PABLO IRARRAZAVAL, an individual,<br><br>          Defendant. | Case No. 2:22-cv-00890-ART-VCF<br><br>(Removed from the District Court of Clark County, Nevada, Case No. A-21-836693-C, Dept. 14)<br><br>**ORDER APPROVING STIPULATION EXTENDING TIME FOR DEFENDANT JUAN PABLO IRARRAZAVAL TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 3)**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1, 6-2 and LR 7-1, the undersigned counsel of record for Plaintiff SG Gaming, Inc. ("SG Gaming") and Defendant Juan Pablo Irarrazaval ("Mr. Irarrazaval") hereby STIPULATE to extend the time for Mr. Irarrazaval to file his reply in support of the Motion to Dismiss (ECF No. 3).  If approved, the parties have agreed to an approximate 14-day extension of time for Mr. Irarrazaval to file his reply, which would now be due on July 28, 2022.  This is the first stipulation seeking to extend the subject deadline.

/ / /

1

Mr. Irarrazaval submits good cause exists to approve the requested stipulation as lead counsel for Mr. Irarrazaval will be out of the country until July 14 and thereafter has numerous depositions of representatives of her clients and a hearing on pending motions for protective orders relative to 30(b)(6) depositions of her clients.  These previously noticed matters significantly taking Ms. Michel away from working on the Reply in Support of Defendant's Motion to Dismiss.  No prejudice will be caused by this extension to Plaintiff.  Mr. Irarrazaval further submits the requested brief extension of time is not interposed for purposes of delay.

Respectfully submitted,

DATED this 8th day of July, 2022.

*/s/ Carol P. Michel*
Carol P. Michel, Esq.
Jonathan J. Winn, Esq.
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV  89118

*Attorneys for Defendant Juan Pablo Irarrazaval*

*/s/ Philip R. Erwin (with permission)*
Philip R. Erwin, Esq.
Samuel R. Mirkovich, Esq.
CAMPBELL & WILLIAMS
710 South Seventh Street
Las Vegas, NV 89101
*Attorneys for Plaintiff SG Gaming, Inc.*

**IT IS SO ORDERED.**

BY _____
    Anne R. Traum
    UNITED STATES DISTRICT JUDGE

DATED: _____July 12, 2022_____