1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

| | |
|---|---|
| SG GAMING, INC., a Nevada corporation, | CASE NO.:  2:22-cv-00890-ART-VCF |
| Plaintiff, | **ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| JUAN PABLO IRARRAZAVAL, an individual | |
| Defendant, | |

16

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff SG Gaming, Inc. and Defendant Juan Pablo

Irarrazaval, through their respective counsel of record, hereby stipulate that the above-captioned

action may be dismissed with prejudice with each party to bear its own attorney's fees and costs.

Once the Court enters the proposed Order, this matter may be closed.

DATED this 28th day of November, 2022.

CAMPBELL & WILLIAMS

By /s/ **_Philip R. Erwin_**
PHILIP R. ERWIN, ESQ (#11563)
SAMUEL R. MIRKOVICH, ESQ. (#11662)
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101

*Attorneys for Plaintiff SG Gaming, Inc.*

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By /s/ **_Carol P. Michel_**
CAROL P. MICHEL, ESQ. (#11420)
JONATHAN J. WINN, ESQ. (#12896)
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118

*Attorneys for Defendant*
*Juan Pablo Irarrazaval*

1

**IT IS SO ORDERED.**

DATED:   November 29, 2022

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE